UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHANDRA GOVERNOR                                    CIVIL ACTION

VERSUS

COMMISSIONER OF SOCIAL                              NO. 20-00054-BAJ-EWD
SECURITY

### RULING AND ORDER

Plaintiff Chandra Governor brought this action to seek judicial review, pursuant to 42 U.S.C. § 405(g), of the final decision of the Commissioner of the Social Security Administration ("Commissioner") denying her application for disability insurance benefits ("DIB") and supplemental security income ("SSI"). Plaintiff asserts that the Administrative Law Judge's ("ALJ") "analysis of the treating and examining opinion evidence is contrary to the regulations and [United States Court of Appeals for the] Fifth Circuit precedent." (Doc. 10, p. 1; Doc. 13, p. 7).

The Magistrate Judge issued a Report and Recommendation, recommending that the Court affirm the Commissioner's decision and dismiss this action with prejudice. (Doc. 13, p. 21). Specifically, the Magistrate Judge found that based on the applicable standard of review under 42 U.S.C. § 405(g), substantial evidence supports the Commissioner's decision and the ALJ applied the correct legal standards. (*Id.* at p. 2). Plaintiff failed to timely file objections to the Magistrate Judge's Report and Recommendation. *See* 28 U.S.C. § 636(b)(1).

1

Having carefully considered the administrative record, the applicable law, Plaintiff's Memorandum in Support of Appeal (Doc. 10), Defendant's Opposition Memorandum (Doc. 12), the Magistrate Judge's Report (Doc. 13), and Plaintiff's failure to object to the Magistrate Judge's Report and Recommendation, the Court **APPROVES** the Magistrate Judge's **Report and Recommendation (Doc. 13)** and **ADOPTS** the Report as the Court's opinion herein.

For reasons explained in the Magistrate Judge's Report,

**IT IS ORDERED** that the final decision of the Commissioner of the Social Security Administration denying the application for disability insurance benefits and supplemental security income filed by Plaintiff, Chandra Governor, is **AFFIRMED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, this 24th day of March, 2021

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**